**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICHARD THOMAS ANTHONY,

> Petitioner,

v.                                                               Case Number: 2:11-CV-11568

J. S. WALTON,

> Respondent.

_____/

**JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated July

31, 2012, this cause of action is **DISMISSED**.

    Dated at Detroit, Michigan this 31st day of July, 2012.


                DAVID J. WEAVER
                CLERK OF THE COURT

        BY:    s/Julie Owens_____


APPROVED:


s/Stephen J. Murphy, III_____
STEPHEN J. MURPHY, III
United States District Judge


I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on July 31, 2012 by electronic and/or ordinary mail.

                Julie Owens_____
                Case Manager